United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA A. FARNAM,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | CIVIL NO. C08-5037BHS<br><br>ORDER FOR EXTENSION OF TIME |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's opening Brief shall be filed on or before September 16, 2008, Defendant's Answering Brief shall be filed on or before October 14, 2008 and Plaintiff's Reply Brief shall be filed on or before October 28, 2008.

DATED this 19th day of August, 2008.

                                                 */s/ J. Kelley Arnold*
                                                 J. Kelley Arnold
                                                 United States Magistrate Judge

Presented by:

S/Michael C. Blanton,
Michael C. Blanton,
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME                     Halpern & Oliver, PLLC
                                                                  1800 Cooper Point Road SW, Bldg. 19
                                                                   Olympia, WA 98502
                                                                   (360) 753-8055