UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA A. FARNAM,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C08-5037BHS-JKA<br><br><br>ORDER FOR EXTENSION OF TIME |

Based on the Stipulation between the parties, it is hereby ORDERED that Defendant's request for an Extension is granted and the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 4, 2008, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including November 25, 2008, to file an optional reply brief.

DATED this 2nd day of October, 2008.

***/s/ J. Kelley Arnold***
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ STEPHANIE R. MARTZ WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov