# United States District Court

WESTERN DISTRICT OF WASHINGTON

Barbara A. Farnam

        v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5037BHS/JKA

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The above-captioned case is **Reversed** and **Remanded** to the Commissioner, pursuant to sentence four of 42 U.S.C.§405 (g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of November 6, 2008 . Plaintiff is entitled to reasonable attorney fees and cost, pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

    November 10, 2008                         BRUCE RIFKIN
                                                                             Clerk

                                                                 Jennie L. Patton
                                                                  Deputy Clerk