# United States District Court

WESTERN DISTRICT OF WASHINGTON

BARBARA A. FARNAM

v.

MICHAEL ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5037BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT


Plaintiff's attorney Michael C. Blanton is awarded a gross attorney's fee of $5,058.25 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,618.00 that previously were awarded, leaving a net fee of $440.25.  When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $440.25 minus any applicable processing fees as allowed by statute.


January 13, 2010
Date

BRUCE RIFKIN
Clerk


*s/CM Gonzalez*
Deputy Clerk